UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRAIG B. WRIGHT             MOVANT

v.        CRIMINAL ACTION NO. 3:09-CR-00179-CRS-DW-2
CIVIL ACTION NO. 3:16-CV-00407-CRS

UNITED STATES OF AMERICA             RESPONDENT

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the petition of the movant, Craig B. Wright, to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DN 259) is **DENIED**. Additionally, **IT IS HEREBY ORDERED AND ADJUDGED** that the request for a certificate of appealability is **DENIED**. Finally, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion for appointment of counsel (DN 270) is **DENIED**.

    **IT IS SO ORDERED.**

December 6, 2016

Charles R. Simpson III, Senior Judge
United States District Court

1